# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| QUORDALIS V. SANDERS,<br><br>        Petitioner,<br><br>v.<br><br>RANDALL HEPP,<br><br>        Respondent. | Case No. 23-CV-1665-JPS<br><br>**ORDER** |

      Petitioner Quordalis V. Sanders ("Petitioner") filed a petition for a writ of habeas corpus, ostensibly under 28 U.S.C §§ 2241. ECF No. 1. Petitioner has not yet paid the $5.00 filing fee he owes in this matter. Petitioner may alternatively choose to file a motion to proceed without prepayment of the filling fee, and, if he chooses this route, must provide a certified copy of his institutional trust account statement for the previous six months. Thus, Petitioner must either pay the fee or file a motion to proceed without prepayment of the filing fee along with his trust account statement. The Court will require Petitioner to take one of these two courses no later than **May 17, 2024**. If Petitioner fails to comply with this requirement, this action will be dismissed without prejudice and without further notice.

      Accordingly,

      **IT IS ORDERED** that Petitioner shall either pay the filing fee or file a motion to proceed without prepayment of the filing fee with an accompanying trust account statement, on or before **May 17, 2024.** If he fails to do so, this action will be dismissed without prejudice and without further notice.

Dated at Milwaukee, Wisconsin, this 26th day of April, 2024.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge